IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-000515-BO

| | |
|---|---|
| VANCE ROBERTSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **ORDER** |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $9,818.75 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Derrick K. Arrowood, the sum of $9,818.75 sent to his office at P.O. Box 58129, Raleigh, North Carolina 27658, and upon the payment of such sum, this case is dismissed with prejudice.

This 21 day of August, 2023,

Terrence Boyle
TERRENCE W. BOYLE
UNIED STATES DISTRICT JUDGE